**93-1074.** Reber v. Ohio Bell Tel. Co. *Franklin County*, No. 92AP–1066. This cause, here on appeal from the Court of Appeals for Franklin County, was considered in the manner prescribed by law. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective December 1, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93-1656.** State v. Kelley. *Henry County*, No. 7–92–14. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Henry County and as a claimed appeal as of right from said court. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective December 1, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93-2160.** Gross v. L.K. Comstock & Co., Inc. *Clermont County*, No. CA93–03–015. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Clermont County to certify its record. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective December 1, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93-2436.** State v. Economo. *Cuyahoga County*, No. 66408. It is ordered by the court, *sua sponte*, that this matter is dismissed for want of jurisdiction.

RESNICK, J., dissents and would deny the stay.

PFEIFER, J., dissents and would grant the stay.

*Friday, December 3, 1993*

## MOTION DOCKET

**93-2004.** State ex rel. Henderson v. Blake. In Quo Warranto and Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and a writ of quo warranto. Upon consideration of relators' request to expedite and application for temporary restraining order,

IT IS ORDERED by the court that the request to expedite be, and hereby is, granted.

WHEREAS the court has granted relators' request to expedite and, it appearing to the court that respondents have filed a motion to dismiss,

IT IS FURTHER ORDERED by the court that any response to the motion to dismiss relators intend to file shall be due on or before December 6, 1993 and any briefs the parties intend to file shall be due on or before December 13, 1993.

**93-2040.** Mayfield Hts. v. Nozik. *Cuyahoga County*, No. 64360. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record and as a claimed appeal as of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and the same is hereby, denied, effective December 2, 1993.

WRIGHT and RESNICK, JJ., dissent.